# Third District Court of Appeal

## State of Florida

Opinion filed February 28, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1178
Lower Tribunal No. 18-705 A-K
_____


**Pavel Martinez-Ruiz,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Pavel Martinez-Ruiz, in proper person.

Ashley Moody, Attorney General, and Kayla H. McNab, Assistant Attorney General, for appellee.


Before LOGUE, C.J., and LINDSEY, and GORDO, JJ.

PER CURIAM.

Because Appellant failed to file a motion to withdraw his plea in the trial court, this Court is without jurisdiction to hear the instant appeal. <u>See</u> <u>State v. Dorch</u>, 317 So. 3d 1074, 1084 (Fla. 2021) ("We hold that there is no fundamental-error exception to the preservation requirement of rule 9.140(b)(2)(A)(ii)(c)."); <u>Hicks v. State</u>, 915 So. 2d 740 (Fla. 5th DCA 2005) (holding that the District Court did not have jurisdiction to hear the claim that plea was not voluntary and intelligent where the defendant failed to file a motion to withdraw the plea in trial court). Accordingly, we dismiss the appeal without prejudice so that Appellant can properly seek to withdraw his plea in the trial court.

Dismissed without prejudice.